IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>1ST NEBRASKA CREDIT UNION and JANE DOES, employees,<br><br>                    Defendants. | 4:20CV3129<br><br>**MEMORANDUM AND ORDER** |

On November 6, 2020, the court issued an order noting that Plaintiff filed a Complaint but included neither the required $400.00 filing and administrative fee nor a request to proceed in forma pauperis. The court granted Plaintiff 30 days to either pay the $400.00 in fees or file a request to proceed in forma pauperis using Form AO240, "Application to Proceed Without Prepayment of Fees and Affidavit." (Filing 4.) To date, Plaintiff has not paid the fees, submitted a request to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by separate document.

DATED this 15th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge